```
DAVID S. BRADSHAW (Cal. Bar No. 44888)
MICHAEL J. CHRISTIAN (Cal. Bar No. 173727)
JERRY J. DESCHLER, JR. (Cal. Bar No. 215691)
JACKSON LEWIS LLP
801 "K" Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendant
TARGET CORPORATION
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LYNN FILES,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, MICHAEL JENNINGS and Does 1 through 20, inclusive,<br><br>  Defendants. | Case No. 2:05-CV-00139-DFL/GGH<br><br>**STIPULATION TO CONTINUE DEADLINE TO DESIGNATE EXPERT WITNESSES AND PRODUCE EXPERT WITNESS REPORTS, AND ORDER THEREON**<br><br>Complaint Filed:  July 23, 2004<br>Trial Date:  None set |

   Plaintiff Vanessa Lynn Files and Defendants Target Corporation and Michael Jennings (the "Parties"), through their respective counsel of record, enter into the within stipulation based on the following facts:

   **WHEREAS**, the Parties stipulate and agree to extend the existing deadline to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) from January 13, 2006 to January 27, 2006;

   **WHEREAS**, the Parties stipulate and agree to extend the existing deadline to make supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(C) from January 20, 2006 to February 3, 2006; and

   **WHEREAS**, the existing discovery cutoff of March 1, 2006 and all other deadlines set forth in the Court's Status (Pre-trial Scheduling) Order dated March 24, 2005 shall not be affected by the above stipulations.

///

PDF created with pdfFactory trial version www.pdffactory.com

**THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

The deadline to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be extended from January 13, 2006 to January 27, 2006; and

The deadline to make supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(C) shall be extended from January 20, 2006 to February 3, 2006.

**IT IS SO STIPULATED.**

Date: January 11, 2006                    JACKSON LEWIS LLP


By: /s/ *Jerry J. Deschler*
MICHAEL J. CHRISTIAN
JERRY J. DESCHLER JR.
Attorneys for Defendants
TARGET CORPORATION and MICHAEL JENNINGS


Date: January 11, 2006                    THE LAW OFFICES OF RANDAL M. BARNUM


By: /s/ *Randall M. Barnum*
RANDAL M. BARNUM
Attorneys for Plaintiff
VANESSA LYNN FILES

**GOOD CAUSE APPEARING**, The existing deadline to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be extended from January 13, 2006 to January 27, 2006, and the existing deadline to make supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(C) shall be extended from January 20, 2006 to February 3, 2006. All other deadlines set forth in the Court's Status (Pre-trial Scheduling) Order dated March 24, 2005 shall remain as set forth in the Status Order.

**IT IS SO ORDERED.**

Date: 1/13/2006                            /s/ David F. Levi
                                           David F. Levi
                                           UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com