MICHAEL J. CHRISTIAN (Cal. Bar No. 173727)
JERRY J. DESCHLER, JR. (Cal. Bar No. 215691)
JACKSON LEWIS LLP
801 "K" Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendants
TARGET CORPORATION and
MICHAEL JENNINGS

Randal M. Barnum  (Cal. Bar No. 111287)
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, California  94510

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LYNN FILES,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, MICHAEL JENNINGS and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:05-CV-00139-DFL/GGH<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE DISCOVERY, AND ORDER THEREON**<br><br>Complaint Filed:  July 23, 2004<br>Trial Date:          July 24, 2006 |

Plaintiff Vanessa Lynn Files ("Plaintiff") and Defendants Target Corporation and Michael Jennings ("Defendants"; Plaintiff and Defendants and collectively referred to herein as the "Parties"), through their respective counsel of record, enter into the within stipulation based on the following facts:

**WHEREAS**, the current deadline to complete discovery is March 1, 2006;

**WHEREAS**, on February 1, 2006, Plaintiff noticed the following depositions to take place during the month of February:  person most qualified to testify on six issues designated by Plaintiff, Defendant Michael Jennings, Michelle Heinrich, Stephen Fuller, Chet Gilmartin, Valerie Marshall, Deborah Oliver, and Holly Pitcher;

**WHEREAS**, counsel for the Parties have met and conferred to attempt to find mutually

PDF created with pdfFactory trial version www.pdffactory.com

1  agreeable dates to conduct the above-referenced depositions, but have been unable to schedule all
2  depositions for several reasons, including the following:  Defendant Michael Jennings resides in
3  Florida, and is traveling and unavailable from February 19-28, 2006; Michelle Heinrich is
4  unavailable until after March 4, 2006 due to military obligations; and Holly Pitcher is no longer
5  employed by Target and had to be located;

6      **WHEREAS**, Plaintiff has indicated she plans to depose Defendants' expert witness,
7  Walter Palmer, and additional witnesses disclosed in Defendants' Supplemental Disclosure;

8      **WHEREAS**, disputes as to written discovery and subpoenas arose between the Parties.
9  Counsel have met and conferred extensively and have recently resolved their disputes informally.
10 However, Target does not expect to receive portions of the documents it has subpoenaed until
11 after March 1, 2006, which may necessitate additional written discovery after that date;

12     **WHEREAS**, the Parties are currently exploring the possibility of participating in
13 mediation to attempt to resolve this case informally; and

14     **WHEREAS**, continuing the deadline to complete discovery until April 30, 2006 will not
15 interfere with the final pre-trial conference scheduled for June 16, 2006 or the current trial date of
16 July 24, 2006.

17     **THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF**
18 **RECORD, HEREBY STIPULATE AS FOLLOWS:**

19     The deadline to complete discovery shall be extended from March 1, 2006 to April 30,
20 2006.

21     **IT IS SO STIPULATED.**

22 Date: February __, 2006        JACKSON LEWIS LLP
23
24                       By:_____
25                       MICHAEL J. CHRISTIAN
                      JERRY J. DESCHLER JR.
                      Attorneys for Defendants
26                       TARGET CORPORATION and MICHAEL JENNINGS
27
28

| | |
|---|---|
| Date: February __, 2006 | THE LAW OFFICES OF RANDAL M. BARNUM |
| | By: _____<br>RANDAL M. BARNUM<br>Attorneys for Plaintiff<br>VANESSA LYNN FILES |

**GOOD CAUSE APPEARING**, The existing deadline to complete all discovery shall be extended from March 1, 2006 to April 30, 2006. All other deadlines set forth in the Court's Status (Pre-trial Scheduling) Order dated March 24, 2005 shall remain as set forth in the Status Order.

**IT IS SO ORDERED.**

Date: 3/2/2006

_____
DAVID F. LEVI
United States District Judge

---

Stipulation to Continue Deadline to Complete Discovery, and Order Thereon

3

PDF created with pdfFactory trial version www.pdffactory.com