IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LYNN FILES, | Case No. CIV. S-05-139 DFL GGH |
| Plaintiff, | |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| TARGET CORPORATION, MICHAEL JENNINGS and Does 1 through 20, inclusive, | |
| Defendants. | |

The court has been advised by plaintiff's attorney, Randal M. Barnum, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than June 13, 2006, and,

//

1

1    2.   That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated: 5/30/2006

_____
DAVID F. LEVI
United States District Judge

2