1  RANDAL M. BARNUM  (SBN 111287)
   LAW OFFICES OF RANDAL M. BARNUM
2  279 East H Street
   Benicia, California  94510
3  Telephone:  (707) 745-3747
   Facsimile:  (707) 745-4580
4
   Attorney for Plaintiff
5  VANESSA LYNN FILES
6  MICHAEL J. CHRISTIAN (SBN 173727)
   JACKSON LEWIS LLP
7  801 "K" Street, Suite 2300
   Sacramento, California  95814
8  Telephone:  (916) 341-0404
   Facsimile:  (916) 341-0141
9
   Attorneys for Defendants
10 TARGET CORPORATION
   and MICHAEL JENNINGS
11
12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  VANESSA LYNN FILES, | Case No. 2:05-CV-00139-DFL/GGH |
| 16             Plaintiff, | |
| 17       v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| 18  TARGET CORPORATION, MICHAEL JENNINGS and Does 1 through 20, inclusive, | |
| 19             Defendants. | Complaint Filed:  July 23, 2004<br>Trial Date:        January 8, 2007 |

20

21  TO  THE  UNITED  STATES  DISTRICT  COURT,  EASTERN  DISTRICT  OF
    CALIFORNIA:
22
23        Plaintiff VANESSA LYNN FILES and Defendants TARGET
    CORPORATION and MICHAEL JENNINGS hereby request that this matter be
24
    dismissed with prejudice, in its entirety, with each party to bear their own costs and
25
    attorneys' fees.
26
    / / /
27
    / / /
28

1    / / /

2  IT IS SO STIPULATED:

3
4                            LAW OFFICES OF RANDAL M. BARNUM

5
  Date: _____         ___/s/ RANDAL M. BARNUM_____
6                           RANDAL M. BARNUM
7                           Attorney for Plaintiff

8
                         JACKSON LEWIS LLP
9

10
  Date: _____       ____/s/ MICHAEL J. CHRISTIAN_____
11                           MICHAEL J. CHRISTIAN
12                           Attorney for Defendants

13

14

15         **IT IS SO ORDERED:**  This matter is dismissed with prejudice.  Each

16  party will bear their own costs and attorneys' fees.

17

18  Date:  6/12/2006

19  DAVID F. LEVI
          United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL AND ORDER THEREON

2

1

**CERTIFICATE OF SERVICE**

2

CASE TITLE:         *Files v. Target Corporation*

3

CASE NUMBER:       USDC, Eastern District of California Case No. 2:05-CV-00139 DFL/GGH

4

        I declare that I am employed in the County of Sacramento, State of California.  I

5

am over the age of eighteen years and not a party to the within action; my business address is

6

801 K Street, Suite 2300, Sacramento, California.

7

        On June 9, 2006, I served the attached document(s):

8

**STIPULATION FOR DISMISSAL AND ORDER THEREON**

9

on the interested party(s) in this action by placing true and correct copies thereof as follows:

10

[X]   <u>BY MAIL</u>:  United States Postal Service by placing sealed envelopes with the postage

11

thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Sacramento, California.

12

[ ]   <u>BY HAND DELIVERY</u>:  I caused such envelope(s) to be delivered by hand to the below

13

address.

14

[ ]   <u>BY OVERNIGHT DELIVERY</u>:  I caused such envelope(s) to be delivered to the below address within 24 hours by overnight delivery service.

15

[ ]   <u>BY FACSIMILE</u>:  I caused such documents to be transmitted by facsimile to the

16

telephone number(s) indicated below.

17

Randal M. Barnum
LAW OFFICES OF RANDAL M. BARNUM

18

279 East H Street
Benicia, California  94510

19

Fax:  (707) 745-4590

20

21

        I declare under penalty of perjury under the laws of the United States of America and the

22

State of California that the above is true and correct.

23

        Executed on June 9, 2006, at Sacramento, California.

24

25

                        /s/ Kim D. Leonhardt
                        Kim D. Leonhardt

26

27

28